1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5

6  Attorneys for Defendant Mr. Chavez-Mora

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08mj0628 |
|                           ) | |
|         Plaintiff,        ) | |
|                           ) | |
| v.                        ) | |
|                           ) | **NOTICE OF APPEARANCE** |
| **ROBERTO CHAVEZ-MORA**,  ) | |
|                           ) | |
|         Defendant.        ) | |

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Erica K. Zunkle, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19  above-captioned case.

20                                          Respectfully submitted,

21  Dated: March 4, 2008                    *s/ Erica K. Zunkle*
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            erica_zunkle@fd.org